# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-cr-113 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| TIMOTHY BROWN | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 128] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Eleven of the thirteen count Superseding Indictment; (2) accept Defendant's guilty plea to Count Eleven of the thirteen count Superseding Indictment; (3) adjudicate Defendant guilty of use of a communication device to facilitate the distribution of controlled substances in violation of 21 U.S.C. § 843(b); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 37] pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 128] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Eleven of the thirteen count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Eleven of the thirteen count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of use of a communication device to facilitate the distribution of controlled substances in violation of 21 U.S.C. § 843(b);

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 37] until further order of this Court or sentencing in this matter which is scheduled to take place on **March 28, 2024, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**